

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JAN 1 2 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SARAH OLIER | * |
| | * |
| v. | *   CIVIL ACTION No. B-98-133 |
| | * |
| UNITED STATES OF AMERICA | * |
| IMMIGRATION AND NATURALIZATION | * |
| SERVICE. | * |

## ORDER OF SUBSTITUTION

It appears to this Court that this action brings claims for monetary damages against Henry Crawley for alleged tortious acts arising out of actions taken by him within the scope of his employment with the United States Immigration & Naturalization Service.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(d)(1)*, as amended by the *Public Law 100-694*, that the United States is hereby substituted as the defendant herein in the place of the named defendant, Henry Crawley, in both his official and individual capacities, with regard to the common law tort allegations raised in the plaintiff's complaint. Further, because the complaint alleges only common law tort allegations against Henry Crawley, Henry Crawley's name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this certification and order.

IT IS FURTHER ORDERED that as to all common law tort claims alleged against defendant Henry Crawley, in his official and individual capacities, the United States is hereby substituted as a defendant in the stead of Henry Crawley.

SIGNED on this the 12 day of _____Jan_____, 1999.

HILDA G. TAGLE
United States District Judge