9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| SARAH OLIER<br>Plaintiff, | *<br>* |
| v. | *  CIVIL ACTION No. B-98-133<br>* |
| UNITED STATES OF AMERICA<br>Defendant. | *<br>* |

### ORDER DISMISSING THE IMMIGRATION & NATURALIZATION SERVICE

It appears to this Court that this action attempts to recover money damages from the Immigration and Naturalization Service, a Federal agency, for alleged tortious acts arising out of a vehicle accident involving one of its employees and one of its vehicles.

ACCORDINGLY IT IS ORDERED pursuant to *28 U.S.C. §2679(a)*, the suit against the Immigration & Naturalization Service is dismissed for want of jurisdiction because the United States is the only proper party for suits brought under the Federal Tort Claims. Further, because the complaint alleges only common law tort allegations against the Immigration & Naturalization Service, its name should deleted from the caption of these proceedings as a named defendant.

IT IS FURTHER ORDERED that all the defenses of the United States are not affected by this order;

SIGNED on this the 20 day of _____, 1999.

HILDA G. TAGLE
United States District Judge