10

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SARAH OLIER, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | C.A. NO. B-98-133 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| Defendant. | § | |

### ORDER FOR SUBSTITUTION OF ATTORNEY OF RECORD

WHERE AS, PLaintiff, SARAH OLIER, has selected LOUIS S. SOROLA to be substituted for DAVID DAVILA as her attorney of record;

IT IS HEREBY ORDERED that LOUIS S. SOROLA be substituted for DAVID DAVILA as SARAH OLIER'S attorney of record in the above-styled cause.

SO ORDERED this 20 day of Jan , 1999.

_____
Judge Presiding

3