#16

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SARAH OLIER | § § § |
| *versus* | § § § Civil Action B-98-133 |
| UNITED STATES OF AMERICA | § § |

United States District Court
Southern District of Texas
ENTERED

MAR 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

DONE at Brownsville, Texas, this First day of March 1999.

_____
Hilda G. Tagle
United States District Judge